# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2025

## NO. 03-25-00127-CV

**Cameron Harris, Appellant**

**v.**

**Chelsea True, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on February 12, 2025. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order as to True's trial attorney's fees award based on unsegregated billing records; we affirm the remainder of the order. We remand the attorney's fees issue to the trial court to allow True to present evidence of segregated attorney's fees for the suit affecting the parent-child relationship and for the trial court to reconsider the attorney's fees award. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.